| | | | |
|---|---|---|---|
| In the Interest of: R.J.C.R., Jr. | 3630 EDA 2015 Affirmed | 08/04/2016 | CP–51–AP–0000701–2015 (Philadelphia) |
| Com. v. Olick | 367 EDA 2016 Quashed | 08/04/2016 | CP–48–SA–0000311–2015 (Northampton) |
| B.K. v. C.N.K. | 141 MDA 2016 Affirmed | 08/04/2016 | 2011–5951 (Cumberland) |
| Com. v. Cummings | 165 MDA 2016 Affirmed | 08/04/2016 | CP–36–CR–0001815–2014 (Lancaster) |
| Com. v. Yamba | 890 WDA 2015 Vacated and Remanded | 08/04/2016 | CP–26–CR–0001536–2012 (Fayette) |
| CNG Conversions v. Powerfuel CNG Systems | 1113 WDA 2015 Affirmed | 08/04/2016 | GD 14–009261 (Allegheny) |
| Com. v. Black | 47 WDA 2016 Affirmed | 08/04/2016 | CP–27–CR–0000046–2013 (Forest) |
| Com. v. Rankins | 71 WDA 2016 Affirmed Application to Withdraw as Counsel Granted | 08/04/2016 | CP–27–CR–0000035–2015 (Forest) |
| K.G.M. v. J.A.V. | 131 WDA 2016 Affirmed | 08/04/2016 | 2012–1159–CD (Clearfield) |
| In the Interest of W.M.; Appeal of O.M. | 160 WDA 2016 Remanded Jurisdiction Retained | 08/04/2016 | 90 of 2014 (Erie) |
| Com. v. Lockett | 164 WDA 2016 Affirmed | 08/04/2016 | CP–02–CR–0006943–2007 (Allegheny) |
| Com. v. Stevenson | 173 WDA 2016 Affirmed | 08/04/2016 | CP–26–CR–0000218–2015 (Fayette) |
| Com. v. Brown | 180 WDA 2016 Affirmed | 08/04/2016 | CP–02–CR–0004266–2005 CP–02–CR–0013412–2003 CP–02–CR–0015665–2003 (Allegheny) |
| Com. v. Hargrove | 1065 EDA 2015 Affirmed | 08/05/2016 | CP–51–CR–0012747–2010 (Philadelphia) |
| Com. v. Lane | 2033 EDA 2015 Affirmed | 08/05/2016 | CP–51–CR–0013415–2009 (Philadelphia) |